<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of <u>Delaware</u>
      (State)

Case number (*If known*):_____ Chapter _11_
</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **BF City Place-West Palm, LLC** |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | **d/b/a BurgerFi** |
| **3. Debtor's federal Employer Identification Number** (EIN) | **46-2624391** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **200 E Las Olas Blvd**<br>Number    Street | Number    Street |
| **Suite 1400** | P.O. Box |
| **Ft Lauderdale, FL 33301**<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Broward**<br>County | **700 S Rosemary Ave**<br>Number Street |
| | **Suite 102** |
| | **West Palm Beach, FL 33401**<br>City    State    ZIP Code |

**5. Debtor's website** (URL)   **https://www.burgerfi.com**

Company Code: 36

Debtor   __BF City Place-West Palm, LLC__                    Case Number *(if known)* _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7225**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

---

Debtor    <u>BF City Place-West Palm, LLC</u>                                        Case Number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor **See Schedule 1** _____    Relationship **Affiliates** _____

District **Delaware** _____    When    **9/11/2024** _____
                                                                         MM  /  DD  / YYYY

Case number, if known    _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number          Street

_____
City                                        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds (Consolidated)**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors (Consolidated)**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☒ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    <u>BF City Place-West Palm, LLC</u>                    Case Number *(if known)* _____

---

| **15. Estimated assets (Consolidated)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| **16. Estimated liabilities (Consolidated)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

## ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>9/11/2024</u>
                    MM / DD / YYYY

✗  <u>*/s/ Jeremy Rosenthal*</u>                          <u>Jeremy Rosenthal</u>
Signature of authorized representative of debtor          Printed name

Title  <u>**Chief Restructuring Officer**</u>

---

**18. Signature of attorney**

✗  <u>*/s/ Thomas J. Francella, Jr.*</u>                    Date    <u>9/11/2024</u>
Signature of attorney for debtor                                       MM / DD / YYYY

**Thomas J. Francella, Jr.**
Printed name
**Raines Feldman Littrell LLP**
Firm name
**1200 North Broom Street**
Number        Street
**Wilmington, DE 19806**
City      State      ZIP Code

**302-772-5805**                                   **tfrancella@raineslaw.com**

Contact phone                                       Email address

**3835**                                            **Delaware**

Bar number                                          State

---

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **4**

**Schedule 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of BurgerFi International, Inc.

- BurgerFi International, Inc.
- BurgerFi International, LLC
- BurgerFi IP, LLC
- BF Restaurant Management, LLC
- Anthony's Pizza Holding Company, LLC
- ACFP Management, Inc.
- Hot Air, Inc.
- Plastic Tripod, Inc.
- BurgerFi Management Services, LLC
- BurgerFi Enterprises, LLC
- BF Altamonte Springs, LLC
- BF Coral Springs, LLC
- BF City Place-West Palm, LLC
- BF Food Truck, LLC
- BF West Delray, LLC
- BF LBTS, LLC
- BF Pembroke Pines, LLC
- BGM Pembroke Pines, LLC
- BF Jacksonville Town Center, LLC
- BF Jacksonville Riverside, LLC
- BF Delray- Linton, LLC
- BF Pines City Center, LLC
- BF Dania Beach, LLC
- BF Fort Myers - Daniels, LLC
- BF Boca Raton - Boca Pointe, LLC
- BF Boca Raton, LLC
- BF Atlanta - Perimeter MarketPlace, LLC
- BF Hallandale Beach, LLC
- BF Miami Beach-Collins, LLC
- BF PBG, LLC
- BF Jupiter - Indiantown, LLC
- BF Wellington, LLC

- BF Neptune Beach, LLC
- BF Orlando-Dr. Phillips, LLC
- BF Miami Beach - Meridian, LLC
- BF Miami Lakes, LLC
- BF Miramar LLC
- BF Odessa, LLC
- BF Tampa Bay, LLC
- BF Tampa - Channelside, LLC
- BF Tampa - Westchase, LLC
- BF Tallahassee Varsity, LLC
- BF Hendersonville, LLC
- BF Hermitage LLC
- BurgerFi-Delray Beach, LLC
- UES NY BurgerFi, LLC
- BF Naples Immokalee, LLC
- BF Naples Tamiami, LLC
- BF Secaucus LLC
- BF Commack, LLC
- BF NY 82, LLC
- ACFP/NYNJ Ventures LLC
- BH Sauce, LLC
- Anthony's Coal Fired Pizza of Horsham, LLC
- Anthony's Coal Fired Pizza of Wayne, LLC
- Anthony's Coal-Fired Pizza of Monroeville, LLC
- Anthony's Coal-Fired Pizza of Settler's Ridge, LLC
- Anthony's Coal Fired Pizza of Cranberry, LLC
- Anthony's Coal Fired Pizza of McMurray, LLC
- Anthony's Coal Fired Pizza of Exton, LLC

1

- Anthony's Coal Fired Pizza of Wyomissing, LLC
- Anthony's Coal Fired Pizza of Wynnewood LLC
- Anthony's Coal Fired Pizza of Trexlertown LLC
- Anthony's Coal Fired Pizza of Blue Bell LLC
- Anthony's Coal Fired Pizza of Cranston LLC
- Anthony's Coal Fired Pizza of Natick, LLC
- Anthony's Coal Fired Pizza of West Palm Beach LLC
- Anthony's Coal Fired Pizza of Bethesda LLC
- Anthony's Coal Fired Pizza of Pike Creek, LLC
- Anthony's Coal Fired Pizza of Wilmington, LLC
- Anthony's Coal Fired Pizza of Aventura, LLC
- Anthony's Coal Fired Pizza of Boca Raton, LLC
- Anthony's Coal Fired Pizza of Coral Springs, LLC
- Anthony's Coal Fired Pizza of Pembroke Pines, LLC
- Anthony's Coal Fired Pizza of Palm Beach Gardens, LLC
- Anthony's Coal Fired Pizza of Plantation, LLC
- Anthony's Sports Bar And Grill, LLC
- Anthony's Coal Fired Pizza of Weston, LLC
- Anthony's Coal Fired Pizza of Stuart LLC
- Anthony's Coal Fired Pizza of Coral Gables, LLC
- Anthony's Coal-Fired Pizza, LLC
- Anthony's Coal Fired Pizza of South Tampa, LLC
- Anthony's Coal Fired Pizza of Doral LLC

- Anthony's Coal Fired Pizza of Pinecrest, LLC
- Anthony's Coal Fired Pizza of Wellington, LLC
- Anthony's Coal Fired Pizza of Miami Lakes, LLC
- Anthony's Coal Fired Pizza of Kendall, LLC
- Anthony's Coal Fired Pizza of North Tampa, LLC
- Anthony's Coal Fired Pizza of Clearwater, LLC
- Anthony's Coal Fired Pizza of Sand Lake, LLC
- Anthony's Coal Fired Pizza of Brandon, LLC
- Anthony's Coal Fired Pizza of Altamonte Springs, LLC
- Anthony's Coal Fired Pizza of East Boca LLC
- ACFP Boca MGT LLC
- Anthony's Coal Fired Pizza of North Lauderdale LLC
- Anthony's Coal Fired Pizza of North Miami LLC
- Anthony's Coal Fired Pizza of Miramar LLC
- Anthony's Coal Fired Pizza of Delray Beach, LLC
- Anthony's Coal Fired Pizza of Littleton LLC
- Anthony's Coal Fired Pizza of Westwood LLC
- Anthony's Coal Fired Pizza of Reading LLC
- Anthony's Coal Fired Pizza of Clifton, LLC
- Anthony's Coal Fired Pizza of Edison LLC
- Anthony's Coal Fired Pizza of Livingston LLC
- Anthony's Coal Fired Pizza of Ramsey, LLC
- Anthony's Coal Fired Pizza of Fair Lawn, LLC

- Anthony's Coal Fired Pizza of Wayne NJ LLC
- Anthony's Coal Fired Pizza of Marlboro LLC
- Anthony's Coal Fired Pizza of Mount Laurel, LLC
- Anthony's Coal Fired Pizza of Springfield LLC
- Anthony's Coal Fired Pizza of Commack LLC
- Anthony's Coal Fired Pizza of Carle Place, LLC
- Anthony's Coal Fired Pizza of Woodbury, LLC
- Anthony's Coal Fired Pizza of Wantagh, LLC
- Anthony's Coal Fired Pizza of Bohemia, LLC

3

**ACTION BY WRITTEN CONSENT**
**OF THE SOLE MEMBER AND MANAGER OF**
**BF ALTAMONTE SPRINGS, LLC; BF ATLANTA - PERIMETER MARKETPLACE, LLC; BF BOCA RATON - BOCA POINTE, LLC; BF BOCA RATON, LLC; BF CITY PLACE-WEST PALM, LLC; BF COMMACK, LLC; BF CORAL SPRINGS, LLC; BF DANIA BEACH, LLC; BF DELRAY- LINTON, LLC; BF FOOD TRUCK, LLC; BF FORT MYERS - DANIELS, LLC; BF HALLANDALE BEACH, LLC; BF HENDERSONVILLE, LLC; BF HERMITAGE LLC; BF JACKSONVILLE RIVERSIDE, LLC; BF JACKSONVILLE TOWN CENTER, LLC; BF JUPITER - INDIANTOWN, LLC; BF LBTS, LLC; BF MIAMI BEACH - MERIDIAN, LLC; BF MIAMI BEACH-COLLINS, LLC; BF MIAMI LAKES, LLC; BF MIRAMAR LLC; BF NAPLES IMMOKALEE, LLC; BF NAPLES TAMIAMI, LLC; BF NEPTUNE BEACH, LLC; BF ODESSA, LLC; BF ORLANDO-DR. PHILLIPS, LLC; BF PBG, LLC; BF PEMBROKE PINES, LLC; BF PINES CITY CENTER, LLC; BF RESTAURANT MANAGEMENT, LLC; BF SECAUCUS LLC; BF TALLAHASSEE VARSITY, LLC; BF TAMPA - CHANNELSIDE, LLC; BF TAMPA - WESTCHASE, LLC; BF TAMPA BAY, LLC; BF WELLINGTON, LLC; BF WEST DELRAY, LLC; BGM PEMBROKE PINES, LLC; BURGERFI ENTERPRISES, LLC; BURGERFI MANAGEMENT SERVICES, LLC; BURGERFI-DELRAY BEACH, LLC; UES NY BURGERFI, LLC**

**Dated as of September 10, 2024**

The undersigned, being the sole member and manager (together, "**Sole Member**") of each of the entities listed above and set forth on **Schedule 1** hereto (each, a "**Company**"), **DOES HEREBY CONSENT** to the taking of the following actions in lieu of a meeting of the Sole Member and **DOES HEREBY** approve and adopt, in accordance with applicable state law and the governing agreements of each Company, the following resolutions for each Company:

**WHEREAS**, the Sole Member has reviewed and considered the financial and operational condition of the Company and its business on the date hereof, including its historical performance, its assets and prospects, its current and future liquidity needs, its lease portfolios, and its current and long-term liabilities; and

**WHEREAS**, the Sole Member has reviewed and considered reports of management and the Company's legal and financial advisors regarding, and has considered and discussed, the Company's financial condition and the strategic alternatives available to it, and the impacts of the foregoing on the Company's business, assets and stakeholders; and

**WHEREAS**, the Sole Member has determined that it is advisable and in the best interests of the Company to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**").

**NOW, THEREFORE, BE IT:**

1.      **Commencement of Chapter 11 Case**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of

Delaware (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

**RESOLVED**, that Jeremy Rosenthal, Chief Restructuring Officer of the Sole Member (the "**Authorized Person**") be, and hereby is, appointed as the Chief Restructuring Officer of the Company and authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and in furtherance of the restructuring of the Company's debts and obligations, all as consistent with these resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

## 2. Retention of Advisors

**RESOLVED**, that the following professionals be engaged and retained on behalf of the Company: (i) Raines Feldman Littrell LLP as general bankruptcy counsel; (ii) Force Ten Partners LLC to provide Jeremy Rosenthal to serve as the Chief Restructuring Officer and provide personnel in support; (iii) an investment banker, if deemed necessary or appropriate by the Authorized Person; and (iv) Bankruptcy Management Solutions, Inc. d/b/a Stretto as claims and noticing agent; each to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities); and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements with and pay appropriate retainers to the foregoing professionals and such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company, and to cause to be filed appropriate applications for authority to retain the services of such professionals; and it is further

## 3. Financing

**RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to negotiate and obtain postpetition financing and/or use of cash collateral, including under one or more debtor-in-possession credit facilities, as the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and to carry out and put into effect the purposes of these resolutions; and to enter into any guarantees and to pledge and grant liens on the Company's assets

in support of such financing, and in connection therewith to execute appropriate loan **agreements** and related ancillary documents; with the actions of the Authorized Person taken pursuant to this resolution, including the execution, acknowledgement, delivery and verification of all such financing related documents, being deemed conclusive evidence of the approval and the necessity, desirability or appropriateness thereof; and it is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with any such financing transaction(s) and all fees and expenses incurred by or on behalf of the Company in connection with these resolutions, in accordance with the terms of any financing related documents, which shall in its sole judgment be necessary, appropriate, or desirable to perform any of the Company's obligations under or in connection with such financing arrangements and to carry out fully the intent of these resolutions; and it is further

4. **General**

**RESOLVED**, that the Authorized Person, be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including (a) the negotiation of such additional agreements, amendments, modifications, supplements, consents, waivers, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (b) the execution, delivery, performance and filing (if applicable) of any of the foregoing, and (c) the payment of all fees, consent payments, taxes, indemnities and other expenses, as the Authorized Person, in his sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that the Authorized Person deemed the same to meet such standard; and it is further

**RESOLVED**, that to the extent that the Company serves as the sole member, managing member, general partner, partner or other governing body of any other company (an "**Affiliate**"), the Authorized Person hereby is authorized, empowered and directed in the name and on behalf of the Company to take all of the actions on behalf of such Affiliate that the Authorized Person is herein authorized to take on behalf of the Company; and it is further

**RESOLVED**, that any person dealing with the Authorized Person in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of the Authorized Person and by his execution of any document, agreement or instrument, the same to be a valid and binding obligation of such Company enforceable in accordance with its terms; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary or desirable in the opinion of the Authorized Person, a true copy of the foregoing resolutions; and it is further

**RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by the Authorized Person of

the Company in, for and on behalf of the Company, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company as of the date such action or actions were taken.

IN WITNESS WHEREOF, the undersigned has executed this Action by Written Consent as of the date above first written.

BF RESTAURANT MANAGEMENT, LLC

DocuSigned by:

*Jeremy Rosenthal*

4C671FF4B220450...

Name: Jeremy Rosenthal
Title:   Chief Restructuring Officer

4

## Schedule 1

1.   BF Altamonte Springs, LLC
2.   BF Atlanta - Perimeter MarketPlace, LLC
3.   BF Boca Raton - Boca Pointe, LLC
4.   BF Boca Raton, LLC
5.   BF City Place-West Palm, LLC
6.   BF Commack, LLC
7.   BF Coral Springs, LLC
8.   BF Dania Beach, LLC
9.   BF Delray- Linton, LLC
10.  BF Food Truck, LLC
11.  BF Fort Myers - Daniels, LLC
12.  BF Hallandale Beach, LLC
13.  BF Hendersonville, LLC
14.  BF Hermitage LLC
15.  BF Jacksonville Riverside, LLC
16.  BF Jacksonville Town Center, LLC
17.  BF Jupiter - Indiantown, LLC
18.  BF LBTS, LLC
19.  BF Miami Beach - Meridian, LLC
20.  BF Miami Beach-Collins, LLC
21.  BF Miami Lakes, LLC
22.  BF Miramar LLC
23.  BF Naples Immokalee, LLC
24.  BF Naples Tamiami, LLC
25.  BF Neptune Beach, LLC
26.  BF Odessa, LLC
27.  BF Orlando-Dr. Phillips, LLC
28.  BF PBG, LLC
29.  BF Pembroke Pines, LLC
30.  BF Pines City Center, LLC
31.  BF Restaurant Management, LLC
32.  BF Secaucus LLC
33.  BF Tallahassee Varsity, LLC
34.  BF Tampa - Channelside, LLC
35.  BF Tampa - Westchase, LLC
36.  BF Tampa Bay, LLC
37.  BF Wellington, LLC
38.  BF West Delray, LLC
39.  BGM Pembroke Pines, LLC
40.  BurgerFi Enterprises, LLC
41.  BurgerFi Management Services, LLC
42.  BurgerFi-Delray Beach, LLC
43.  UES NY BurgerFi, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, INC., *et al.*,[1] | Case No. 24-_____ (___) |
| Debtors. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, BurgerFi International, Inc. and its affiliated debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") respectfully represent as follows:

Lead Debtor BurgerFi International, Inc. ("BFI") is a publicly traded company. BFI directly or indirectly owns 100% of the ownership interests of all other Debtors, except for Debtor UES NY BurgerFi, LLC ("UES") and Debtor BF NY 82, LLC, for which 100% of the ownership interests are held by UES. BFI indirectly owns 80% of the ownership interests of UES, and the remaining 20% is owned by JMBFI, LLC, which is not a Debtor and is not an affiliate of the Debtors. The Debtors' ownership structure is more fully described in the *List of Equity Security Holders* filed contemporaneously herewith.

---

[1]    A list of all Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, is available at https://cases.stretto.com/BFI. The Debtors' mailing address is 200 West Cypress Creek Rd., Suite 220, Fort Lauderdale, FL 33309.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BURGERFI INTERNATIONAL, INC., *et al.*,[1] | Case No. 24-_____ |
| Debtors. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

Attached hereto as **Exhibit A** is the list of the equity security holders of all above-captioned debtors except for lead debtor BurgerFi International, Inc., prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

---

[1]    A list of all Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, is available at https://cases.stretto.com/BFI. The Debtors' mailing address is 200 E Las Olas Blvd., Suite 1400, Fort Lauderdale, FL 33301.

**EXHIBIT A**

**List of Equity Security Holders**

The address of all Debtors is 200 E Las Olas Blvd., Suite 1400, Fort Lauderdale, FL 33301. All Debtors are direct or indirect wholly-owned subsidiaries of lead Debtor BurgerFi International, Inc., except for Debtors UES NY BurgerFi, LLC and BF NY 82, LLC as noted below.

|    | Debtor | Owner |
|----|--------|-------|
| 1  | BurgerFi International, LLC | BurgerFi International, Inc. |
| 2  | Hot Air, Inc. | BurgerFi International, Inc. |
| 3  | BF Restaurant Management, LLC | BurgerFi International, LLC |
| 4  | BurgerFi IP, LLC | BurgerFi International, LLC |
| 5  | Plastic Tripod, Inc. | Hot Air, Inc. |
| 6  | ACFP Management, Inc. | Plastic Tripod, Inc. |
| 7  | Anthony's Pizza Holding Company, LLC | ACFP Management, Inc. |
| 8  | BF Altamonte Springs, LLC | BF Restaurant Management LLC |
| 9  | BF Atlanta - Perimeter MarketPlace, LLC | BF Restaurant Management LLC |
| 10 | BF Boca Raton - Boca Pointe, LLC | BF Restaurant Management LLC |
| 11 | BF Boca Raton, LLC | BF Restaurant Management LLC |
| 12 | BF City Place-West Palm, LLC | BF Restaurant Management LLC |
| 13 | BF Commack, LLC | BF Restaurant Management LLC |
| 14 | BF Coral Springs, LLC | BF Restaurant Management LLC |
| 15 | BF Dania Beach, LLC | BF Restaurant Management LLC |
| 16 | BF Delray- Linton, LLC | BF Restaurant Management LLC |
| 17 | BF Food Truck, LLC | BF Restaurant Management LLC |
| 18 | BF Fort Myers - Daniels, LLC | BF Restaurant Management LLC |
| 19 | BF Hallandale Beach, LLC | BF Restaurant Management LLC |
| 20 | BF Hendersonville, LLC | BF Restaurant Management LLC |
| 21 | BF Hermitage LLC | BF Restaurant Management LLC |
| 22 | BF Jacksonville Riverside, LLC | BF Restaurant Management LLC |
| 23 | BF Jacksonville Town Center, LLC | BF Restaurant Management LLC |
| 24 | BF Jupiter - Indiantown, LLC | BF Restaurant Management LLC |
| 25 | BF LBTS, LLC | BF Restaurant Management LLC |

10368205.3

| | Debtor | Owner |
|---|---|---|
| 26 | BF Miami Beach - Meridian, LLC | BF Restaurant Management LLC |
| 27 | BF Miami Beach-Collins, LLC | BF Restaurant Management LLC |
| 28 | BF Miami Lakes, LLC | BF Restaurant Management LLC |
| 29 | BF Miramar LLC | BF Restaurant Management LLC |
| 30 | BF Naples Immokalee, LLC | BF Restaurant Management LLC |
| 31 | BF Naples Tamiami, LLC | BF Restaurant Management LLC |
| 32 | BF Neptune Beach, LLC | BF Restaurant Management LLC |
| 33 | BF NY 82, LLC | UES NY BurgerFi, LLC |
| 34 | BF Odessa, LLC | BF Restaurant Management LLC |
| 35 | BF Orlando-Dr. Phillips, LLC | BF Restaurant Management LLC |
| 36 | BF PBG, LLC | BF Restaurant Management LLC |
| 37 | BF Pembroke Pines, LLC | BF Restaurant Management LLC |
| 38 | BF Pines City Center, LLC | BF Restaurant Management LLC |
| 39 | BF Secaucus, LLC | BF Restaurant Management LLC |
| 40 | BF Tallahassee Varsity, LLC | BF Restaurant Management LLC |
| 41 | BF Tampa Bay, LLC | BF Restaurant Management LLC |
| 42 | BF Tampa - Channelside, LLC | BF Restaurant Management LLC |
| 43 | BF Tampa - Westchase, LLC | BF Restaurant Management LLC |
| 44 | BF Wellington, LLC | BF Restaurant Management LLC |
| 45 | BF West Delray, LLC | BF Restaurant Management LLC |
| 46 | BGM Pembroke Pines, LLC | BF Restaurant Management LLC |
| 47 | BurgerFi Enterprises, LLC | BF Restaurant Management LLC |
| 48 | BurgerFi Management Services, LLC | BF Restaurant Management LLC |
| 49 | BurgerFi-Delray Beach, LLC | BF Restaurant Management LLC |
| 50 | UES NY BurgerFi, LLC | 80% BF Restaurant Management, LLC (Debtor); 20% JMBFI, LLC (Non-Debtor) |
| 51 | Anthony's Coal Fired Pizza of Clifton, LLC | Anthony's Pizza Holding Company, LLC |
| 52 | ACFP/NYNJ Ventures LLC | Anthony's Pizza Holding Company, LLC |
| 53 | BH Sauce, LLC | Anthony's Coal Fired Pizza of Clifton, LLC |
| 54 | Anthony's Coal Fired Pizza of Edison LLC | ACFP/NYNJ Ventures, LLC |

2

| | Debtor | Owner |
|---|---|---|
| 55 | ACFP Boca MGT LLC | Anthony's Pizza Holding Company, LLC |
| 56 | Anthony's Coal-Fired Pizza, LLC | Anthony's Pizza Holding Company, LLC |
| 57 | Anthony's Coal Fired Pizza of Bethesda LLC | Anthony's Pizza Holding Company, LLC |
| 58 | Anthony's Coal Fired Pizza of Altamonte Springs, LLC | Anthony's Pizza Holding Company, LLC |
| 59 | Anthony's Coal Fired Pizza of Aventura, LLC | Anthony's Pizza Holding Company, LLC |
| 60 | Anthony's Coal Fired Pizza of Blue Bell LLC | Anthony's Pizza Holding Company, LLC |
| 61 | Anthony's Coal Fired Pizza of Boca Raton, LLC | Anthony's Pizza Holding Company, LLC |
| 62 | Anthony's Coal Fired Pizza of Bohemia, LLC | Anthony's Pizza Holding Company, LLC |
| 63 | Anthony's Coal Fired Pizza of Brandon, LLC | Anthony's Pizza Holding Company, LLC |
| 64 | Anthony's Coal Fired Pizza of Carle Place, LLC | Anthony's Pizza Holding Company, LLC |
| 65 | Anthony's Coal Fired Pizza of Clearwater, LLC | Anthony's Pizza Holding Company, LLC |
| 66 | Anthony's Coal Fired Pizza of Commack LLC | Anthony's Pizza Holding Company, LLC |
| 67 | Anthony's Coal Fired Pizza of Coral Gables, LLC | Anthony's Pizza Holding Company, LLC |
| 68 | Anthony's Coal Fired Pizza of Coral Springs, LLC | Anthony's Pizza Holding Company, LLC |
| 69 | Anthony's Coal Fired Pizza of Cranberry, LLC | Anthony's Pizza Holding Company, LLC |
| 70 | Anthony's Coal Fired Pizza of Cranston LLC | Anthony's Pizza Holding Company, LLC |
| 71 | Anthony's Coal Fired Pizza of Delray Beach, LLC | Anthony's Pizza Holding Company, LLC |
| 72 | Anthony's Coal Fired Pizza of Doral LLC | Anthony's Pizza Holding Company, LLC |
| 73 | Anthony's Coal Fired Pizza of East Boca LLC | Anthony's Pizza Holding Company, LLC |
| 74 | Anthony's Coal Fired Pizza of Exton, LLC | Anthony's Pizza Holding Company, LLC |
| 75 | Anthony's Coal Fired Pizza of Fair Lawn, LLC | Anthony's Pizza Holding Company, LLC |
| 76 | Anthony's Coal Fired Pizza of Horsham, LLC | Anthony's Pizza Holding Company, LLC |
| 77 | Anthony's Coal Fired Pizza of Kendall, LLC | Anthony's Pizza Holding Company, LLC |
| 78 | Anthony's Coal Fired Pizza of Littleton LLC | Anthony's Pizza Holding Company, LLC |
| 79 | Anthony's Coal Fired Pizza of Livingston LLC | Anthony's Pizza Holding Company, LLC |
| 80 | Anthony's Coal Fired Pizza of Marlboro LLC | Anthony's Pizza Holding Company, LLC |
| 81 | Anthony's Coal Fired Pizza of McMurray, LLC | Anthony's Pizza Holding Company, LLC |

| | Debtor | Owner |
|---|---|---|
| 82 | Anthony's Coal Fired Pizza of Miami Lakes, LLC | Anthony's Pizza Holding Company, LLC |
| 83 | Anthony's Coal Fired Pizza of Miramar LLC | Anthony's Pizza Holding Company, LLC |
| 84 | Anthony's Coal-Fired Pizza of Monroeville, LLC | Anthony's Pizza Holding Company, LLC |
| 85 | Anthony's Coal Fired Pizza of Mount Laurel, LLC | Anthony's Pizza Holding Company, LLC |
| 86 | Anthony's Coal Fired Pizza of Natick, LLC | Anthony's Pizza Holding Company, LLC |
| 87 | Anthony's Coal Fired Pizza of North Lauderdale LLC | Anthony's Pizza Holding Company, LLC |
| 88 | Anthony's Coal Fired Pizza of North Miami LLC | Anthony's Pizza Holding Company, LLC |
| 89 | Anthony's Coal Fired Pizza of North Tampa, LLC | Anthony's Pizza Holding Company, LLC |
| 90 | Anthony's Coal Fired Pizza of Palm Beach Gardens, LLC | Anthony's Pizza Holding Company, LLC |
| 91 | Anthony's Coal Fired Pizza of Pembroke Pines, LLC | Anthony's Pizza Holding Company, LLC |
| 92 | Anthony's Coal Fired Pizza of Pike Creek, LLC | Anthony's Pizza Holding Company, LLC |
| 93 | Anthony's Coal Fired Pizza of Pinecrest, LLC | Anthony's Pizza Holding Company, LLC |
| 94 | Anthony's Coal Fired Pizza of Plantation, LLC | Anthony's Pizza Holding Company, LLC |
| 95 | Anthony's Coal Fired Pizza of Ramsey, LLC | Anthony's Pizza Holding Company, LLC |
| 96 | Anthony's Coal Fired Pizza of Reading LLC | Anthony's Pizza Holding Company, LLC |
| 97 | Anthony's Coal Fired Pizza of Sand Lake, LLC | Anthony's Pizza Holding Company, LLC |
| 98 | Anthony's Coal-Fired Pizza of Settler's Ridge, LLC | Anthony's Pizza Holding Company, LLC |
| 99 | Anthony's Coal Fired Pizza of South Tampa, LLC | Anthony's Pizza Holding Company, LLC |
| 100 | Anthony's Coal Fired Pizza of Springfield LLC | Anthony's Pizza Holding Company, LLC |
| 101 | Anthony's Coal Fired Pizza of Stuart LLC | Anthony's Pizza Holding Company, LLC |
| 102 | Anthony's Coal Fired Pizza of Trexlertown LLC | Anthony's Pizza Holding Company, LLC |
| 103 | Anthony's Coal Fired Pizza of Wantagh, LLC | Anthony's Pizza Holding Company, LLC |
| 104 | Anthony's Coal Fired Pizza of Wayne NJ LLC | Anthony's Pizza Holding Company, LLC |
| 105 | Anthony's Coal Fired Pizza of Wayne, LLC | Anthony's Pizza Holding Company, LLC |
| 106 | Anthony's Coal Fired Pizza of Wellington, LLC | Anthony's Pizza Holding Company, LLC |

10368205.3

| | Debtor | Owner |
|---|---|---|
| 107 | Anthony's Coal Fired Pizza of West Palm Beach LLC | Anthony's Pizza Holding Company, LLC |
| 108 | Anthony's Coal Fired Pizza of Weston, LLC | Anthony's Pizza Holding Company, LLC |
| 109 | Anthony's Coal Fired Pizza of Westwood LLC | Anthony's Pizza Holding Company, LLC |
| 110 | Anthony's Coal Fired Pizza of Wilmington, LLC | Anthony's Pizza Holding Company, LLC |
| 111 | Anthony's Coal Fired Pizza of Woodbury, LLC | Anthony's Pizza Holding Company, LLC |
| 112 | Anthony's Coal Fired Pizza of Wynnewood LLC | Anthony's Pizza Holding Company, LLC |
| 113 | Anthony's Coal Fired Pizza of Wyomissing, LLC | Anthony's Pizza Holding Company, LLC |
| 114 | Anthony's Sports Bar And Grill, LLC | Anthony's Pizza Holding Company, LLC |

10368205.3

**Fill in this information to identify the case:**

Debtor name _____ BurgerFi International, Inc., et al. _____

United States Bankruptcy Court for the: _____ District of ___Delaware___
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders
                                                                                          12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **9-27 Natick LLC** c/o Crospoint Associates 300 Third Ave Suite 2 Waltham, MA 02451 | mredfern@finardproperties.com | Rent | CUD | | | **Undetermined** |
| 2 | **Causeway Square, LLC** 1801 NE 123rd St Suite 300 North Miami, FL 33181 | ltauber@taubco.com | Rent | CUD | | | **Undetermined** |
| 3 | **Centre Square Commons Power** 120 N Pointe Blvd Suite 301 Lancaster, PA 17601 | bpersinger@paramountrealty.com | Rent | CUD | | | **Undetermined** |
| 4 | **Deno Dikeou Trust** 543 N Wymore Rd Suite 106 Maitland, FL 32751 | rachel@dikeourealty.com | Rent | CUD | | | **Undetermined** |
| 5 | **Fairmont Residential Owner LLC** dba Windsor Bethesda 7770 Norfolk Ave Bethesda, MD 20814 | akaye@cimgroup.com | Rent | CUD | | | **Undetermined** |
| 6 | **Federal Realty Investmenttrust** 1626 East Jefferson St Rockville, MD 20852-4041 | jfischer@federalrealty.com | Rent | CUD | | | **Undetermined** |
| 7 | **Palm Beach Marketplace LLC** 1027 North Federal Mango Rd Suite 225 Palm Beach, FL 33409 | lewis@dezielcompany.com | Rent | CUD | | | **Undetermined** |
| 8 | **Kite Eagle Creek, LLC** 30 S Meridian St Suite 1100 Indianapolis, IN 46204 | rmcquinness@kiterealty.com | Rent | CUD | | | **Undetermined** |

Debtor    **BurgerFi International, Inc., et al.**
Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Creekside East Inc.** 2600 Golden Gate Pkwy Naples, FL 34105 | broddy@barroncollier.com | Rent | CUD | | | **Undetermined** |
| 10 | **Atlantic Commons Commercial, LLC** 1600 Sawgrass Corp Parkway Suite 400 Sunrise, FL 33323 | david.dicaprio@glhomes.com | Rent | CUD | | | **Undetermined** |
| 11 | **TA Pines City Center, LLC** 201 E Las Olas Blvd Suite 1200 Ft Lauderdale, FL 33301 | laura.giardi@stiles.com | Rent | CUD | | | **Undetermined** |
| 12 | **Seminole Shoppes** One Independent Dr Suite 114 Jacksonville, FL 32202-5019 | tekirriagilbert@regencycenters.com | Rent | CUD | | | **Undetermined** |
| 13 | **Chasewood Plaza** One Independent Dr Suite 114 Jacksonville, FL 32202-5019 | heathergilbert@regencycenters.com | Rent | CUD | | | **Undetermined** |
| 14 | **Real Sub LLC** 3300 Publix Corporate Pkwy Lakeland, FL 33811 | taylor.mcauley@publix.com | Rent | CUD | | | **Undetermined** |
| 15 | **Bond Street Fund 16, LLC** 850 Morrison Dr Suite 500 Charleston, SC 29403 | walker.m@bondstreetreit.com | Rent | CUD | | | **Undetermined** |
| 16 | **Waverly Realty, LLC** 1870 N Corporate Lakes Blvd #266228 Weston, FL 33326 | filmanmanagement@gmail.com | Rent | CUD | | | **Undetermined** |
| 17 | **RK Hallandale, LLP** RK Centers 17100 Collins Ave Suite 225 Sunny Isles Beach, FL 33160 | dankatz@rkcenters.com | Rent | CUD | | | **Undetermined** |
| 18 | **Meridian 1674, LLC** 1111 Brickell Ave Suite 2175 Miami, FL 33131 | tcalero@azoraexan.com | Rent | CUD | | | **Undetermined** |
| 19 | **Garden City Owner LLC** 33 Boylston St Suite 3000 Chestnut Hill, MA 2467 | cathy.estey@wsdevelopment.com morgan.hertenstein@wsdevelopment.com | Rent | CUD | | | **Undetermined** |
| 20 | **Kensa Cranberry Associates LP** c/o Echo Real Estate Svcs Co PO Box 25797 Tampa, FL 33630 | clegalnotices@echorealty.com | Rent | CUD | | | **Undetermined** |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Clifton Lifestyle Center LLC** 78 Okner Pkwy Livingston, NJ 07039 | tstevens@briad.com | Rent | CUD | | | **Undetermined** |
| 22 | **200 W Cypress Creek Holdings LLC** 6700 N Andrews Ave Suite 106 Fort Lauderdale, FL 33309 | karla.barrera@am.jll.com jeanne.baumgart@am.jll.com | Rent | CUD | | | **Undetermined** |
| 23 | **Massachusetts Department Of Family And Medical Leave** PO Box 838 Lawrence, MA 08142 | F: 617-855-6180 | Trade Claim | CUD | | | **Undetermined** |
| 24 | **Dania Pointe Burger Guys** 11 S Pointe Dr Dania Beach, FL 33004 | | Commercial Litigation | CUD | | | **Undetermined** |
| 25 | **US Foods Inc** 9399 W Higgins Rd Suite 1000 Rosemont, IL 60018 | adriana.mitchell@usfoods.com chelsea.mcintosh@usfoods.com | Trade Claim | | | | **$1,681,667.09** |
| 26 | **Lion Point Capital** 250 W 55th St 33rd Floor New York, NY 10019 | dcederholm@lionpoint.com | Shareholder Litigation | | | | **$675,000.00** |
| 27 | **Sysco Corporation** 1390 Enclave Pkwy Houston, TX 77077 | carissa.scdoris@sysco.com | Trade Claim | | | | **$390,639.60** |
| 28 | **Produce Alliance** 2275 Half Day Rd Suite 337 Bannockburn, IL 60015 | paula.wade@producealliance.com | Trade Claim | | | | **$335,415.06** |
| 29 | **Newville Collaborative, LLC** 3600 Orchard Way Minnetonka, MN 55305 | jason.newville@kosedigital.com | Professional Services | | | | **$283,921.00** |
| 30 | **Holland & Knight** 100 N Tampa St Suite 4100 Tampa, FL 33602 | enrique.conde@hklaw.com bradley.houser@hklaw.com david.wirt@hklaw.com | Professional Services | | | | **$261,777.33** |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 31 | **KPMG** 3 Chestnut Ridge Rd Montvale, NJ 7645 | giovanniacosta@kpmg.com | Professional Services | | | | **$202,500.00** |
| 32 | **Boca's Best Burgers** Attn: Michele Mccauley 3115 South Federal Hwy Delray Beach, FL 33433 | bocamomof5@mac.com deg52@comcast.net | Commercial Litigation | | | | **$200,206.20** |
| 33 | **Florida Blue** PO Box 1798 Jacksonville, FL 32231-0014 | F: 813-806-1428 | Trade Claim | | | | **$199,218.54** |
| 34 | **Hanna Essentials, Inc** 1494 Kings Ln Palo Alto, CA 94303 | sathish@strativ.co | Trade Claim | | | | **$185,000.00** |
| 35 | **Merge West Inc** 200 East Randolph St Suite 3450 Chicago, IL 60601 | ar@mergeworld.com | Trade Claim | | | | **$171,256.81** |
| 36 | **Mindstream Media Group, LLC** 1717 Main St 40th Floor Dallas, TX 75201 | akrueger@mindstreammediagroup.com | Trade Claim | | | | **$155,441.22** |
| 37 | **US Small Business Administration** 409 3rd St, SW Washington, DC 20416 | covideidlservicing@sba.gov | Funded debt | | | | **$153,821.71** |
| 38 | **Get Engaged Media LLC** PO BOX 52878 Atlanta, GA 30355 | accounting@getengagedmedia.com | Trade Claim | | | | **$139,562.37** |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 39 | **Pembroke Lakes Square LLC** 101 Plaza Real South Suite 200 Boca Raton, FL 33432 | leaseadministrator@rpg123.com | Rent | | | | **$109,772.74** |
| 40 | **Edward Don & Company LLC** 9801 Adam Don Pkwy Woodridge, IL 60517-8136 | stephaniehidalgo@don.com | Trade Claim | | | | **$109,261.26** |
| 41 | **Kroll** 55 East 52nd St 17th Floor New York, NY 10055 | don.levy@kroll.com | Professional Services | | | | **$108,575.95** |
| 42 | **Saul Ewing LLP** 1500 Market St, Floor 38 Philadelphia, PA 19102-2128 | joeli.weidman@saul.com | Professional Services | | | | **$105,121.66** |
| 43 | **SG Family Corporation** 1185 Sixth Ave 10th Floor New York, NY 10036 | davidm@solil.com | Rent | | | | **$96,840.28** |
| 44 | **Advaion LLC** 1961 NW 150th Ave Suite 201 Pembroke Pines, FL 33028 | pavan.satyaketu@advaion.com | Professional Services | | | | **$92,393.75** |
| 45 | **Point-LC1 LLC** c/o KeyPoint Partners, LLC One Burlington Woods Dr Burlington, MA 1803 | cserrano@keypointpartners.com abusconi@keypointpartners.com | Rent | | | | **$90,925.02** |
| 46 | **Universal Env Consulting Inc** 266 Bangor St Lindenhurst, NY 11757 | lgiaquinto@uecny.com | Trade Claim | | | | **$90,541.42** |
| 47 | **Marcum LLP** One SE Third Ave Suite 1100 Miami, FL 33131 | bryan.dees@marcumllp.com | Professional Services | | | | **$89,370.73** |
| 48 | **Reach Pros, Inc** 30700 Russelle Ranch Rd Suite 250 Westlake Village, CA 91362 | billing@merchantcentric.com | Trade Claim | | | | **$75,279.83** |
| 49 | **Northboro Builders Inc.** 126 E Luccerne Cir Orlando, FL 32801 | info@northborobuilders.com | Trade Claim | | | | **$69,239.50** |
| 50 | **Velosio, LLC** 5747 Perimeter Dr Suite 200 Dublin, OH 43017 | staylor@velosio.com | Trade Claim | | | | **$61,905.77** |

**Fill in this information to identify the case and this filing:**

Debtor Name: __BurgerFi International, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑   *Schedule H: Codebtors* (Official Form 206H)

❑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑   Amended *Schedule* ___

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration   __Corporate Ownership Statement and List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/11/2024_____     __/s/ Jeremy Rosenthal_____
Signature of individual signing on behalf of debtor

__Jeremy Rosenthal_____
Printed Name:

__Chief Restructuring Officer_____
Position or relationship to debtor